IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**KAREN THOMAS,**

    Plaintiff,

v.

**CITY OF GREEN BAY,**

    Defendant.

Case No.: 21-cv-979

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Karen Thomas, and Defendant, City of Green Bay, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: February 23, 2023

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Karen (Kaaren)Thomas*

By: /s/ Nicholas E. Fairweather
Nicholas E. Fairweather, State Bar No.: 1036681
Email: nfairweather@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, WI 53701-2155
Telephone: (608) 257-0040

Dated: February 23, 2023

**RENNING, LEWIS & LACY, S.C.**
*Attorneys for Defendant, City of Green Bay*

By: /s/ Jenna E. Rousseau
Geoffrey A. Lacy, State Bar No.: 1041465
Email: glacy@law-rll.com
Jenna E. Rousseau, State Bar No.: 1065236
Email: jrousseau@law-rll.com

205 Doty Street, Suite 201
Green Bay, WI 54301
Telephone: (920) 283-0708